THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH CARTER,<br><br>        Plaintiff,<br><br>    v.<br><br>JENNY DURKAN *et al.*,<br><br>        Defendants. | CASE NO. C20-0123-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's application for court-appointed counsel (Dkt. No. 7.) Upon reviewing Plaintiff's complaint, the Court concludes that it is appropriate to forward Plaintiff's case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order 10 - 05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). The Clerk is DIRECTED to forward the necessary materials, including Plaintiff's complaint and application for court-appointed counsel (Dkt. Nos. 5, 7), to the Screening Committee for the Pro Bono Panel.

//

//

//

1       DATED this 20th day of February 2020.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk