THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH CARTER,<br><br>               Plaintiff,<br>   v.<br>JENNY DURKAN *et al.*,<br><br>               Defendant. | CASE NO. C20-0123-JCC<br><br>ORDER |

This matter comes before the Court on Defendants' motion to dismiss (Dkt. No. 13). Defendants filed their motion on March 20, 2020. Plaintiff has failed to respond to Defendant's motion. If a plaintiff fails to respond to a defendant's motion to dismiss, then a district court may dismiss the case without reaching the merits. *See* W.D. Wash. Local Civ. R. 7(b)(2); *Ghazali v. Moran*, 46 F.3d 52, 53–54 (9th Cir. 1995); *Marcus v. ABC Signature Studios, Inc.*, 279 F. Supp. 3d 1056, 1063 (C.D. Cal. 2017). The Court finds that approach appropriate here. Consequently, the Court DISMISSES Plaintiff's complaint without prejudice. The Clerk is DIRECTED to close this case.

//

//

//

//

1 | DATED this 22nd day of April 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE